1 **ELIZABETH M. BARROS**
California State Bar No. 227629
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
4 E-Mail: elizabeth_barros@fd.org

5 Attorneys for Ricardo Figueroa-Moreno

8                    UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10                       **(HONORABLE PETER C. LEWIS)**

11 | UNITED STATES OF AMERICA, | ) | Case No. 08MJ8001-02 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **CERTIFICATE OF SERVICE** |
| RICARDO FIGUEROA-MORENO, | ) | |
| Defendant. | ) | |

17       Counsel for Defendant certifies that a copy of the foregoing document has been served this day upon:

18                            U.S. Attorney CR
                           Efile.dkt.gc2@usdoj.gov;

                            Michael J. Messina
20                          wm4law@yahoo.com; and

21                            Andrew K. Nietor
                            NietorLaw@yahoo.com

23                                        Respectfully submitted,

25 DATED:    January 8, 2008           /s/ Elizabeth M. Barros
                                        **ELIZABETH M. BARROS**
26                                      Federal Defenders of San Diego, Inc.
                                        Attorneys for Ricardo Figueroa-Moreno