

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RICHARD FIGUEROA-MORENO (1), <br> DANIEL FIGUEROA-MORENO (2), <br> MARIA EUFELIA CORONA-CORDOVA(3), <br><br> Defendants. | Criminal Case No. 08CR270-H <br><br> **INFORMATION** <br><br> Title 21, U.S.C., Sec. 841(a)(1) - Possession of marijuana with Intent to Distribute; Title 18, U.S.C., Sec. 2 - Aiding and Abetting (Felony) |

The United States Attorney charges:

On or about January 2, 2008, within the Southern District of California, defendants RICHARD FIGUEROA-MORENO, DANIEL FIGUEROA-MORENO, and MARIA EUFELIA CORONA-CORDOVA(3), did knowingly and intentionally possess, with intent to distribute, approximately 1,738.68 kilograms (3,833.79 pounds) of marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

DATED: January 31, 2008.

KAREN P. HEWITT
United States Attorney

JEFFREY D. MOORE
Assistant U.S. Attorney

JDM:rp:San Diego
1/31/08