AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

V.

Ricardo Figueroa - Moreno

WAIVER OF INDICTMENT

CASE NUMBER: 08CR270-H

I, Ricardo Figueroa-Moreno, the above named defendant, who is accused of Title 21, U.S.C., Sec. 841 - Possession with Intent to Distribute Marijuana 18 USC §2 Aiding and abetting

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 1/31/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X Ricardo Figueroa M.
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER

**FILED**
JAN 3 1 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY