**FILED**
APR 7 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   vs.<br><br>RICHARD FIGUEROA-MORENO (1),<br>aka Ricardo Figueroa-Moreno<br>               Defendant. | CASE NO. 08cr0270-H<br><br>**JUDGMENT OF DISMISSAL** |

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___   the Court has dismissed the case for unnecessary delay; or

_X_   the Court has granted the motion of the Government for dismissal without prejudice; or

___   the Court has granted the motion of the defendant for a judgment of acquittal; or

___   a jury has been waived, and the Court has found the defendant not guilty; or

___   the jury has returned its verdict, finding the defendant not guilty;

_X_   of all offenses as charged in the Information and Superseding Information.

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: April 7, 2008

                                      _/s/ Marilyn L. Huff_
                                      MARILYN L. HUFF
                                      UNITED STATES DISTRICT JUDGE

                                      ENTERED ON _____