# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NUMBER _08 CR 0270-H_ |
| vs | ) | ABSTRACT OF ORDER |
| _Richard Figueroa-_ | ) | Booking No. _05825-298_ |
| _Moreno_ | ) | |
| _aka Ricardo Figueroa-Moreno_ | ) | |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of _APRIL 7, 2008_

the Court entered the following order:

✓_____ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release

and released from custody.

_____ Defendant released on $_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for_____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:

_____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

✓_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other._____

**MARILYN L. HUFF**

UNITED STATES ~~MAGISTRATE JUDGE~~
_DISTRICT_

OR

Received _____
DUSM

W. SAMUEL HAMRICK, JR.   Clerk
by

Deputy Clerk

Crim-9    (Rev 6-95)

★ U.S. GPO: 1996-783-398/40151

**CLERKS' COPY**