FILED
08 APR 10 AM 11:09
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

FILED
APR 7 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>RICHARD FIGUEROA-MORENO (1),<br>aka Ricardo Figueroa-Moreno<br>　　　　　　　Defendant. | CASE NO. 08cr0270-H<br><br>**JUDGMENT OF DISMISSAL** |

　　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of all offenses as charged in the Information and Superseding Information.

　　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: April 7, 2008

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　MARILYN L. HUFF
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

I have executed within Judgment of dismissal
~~Judgment and Commitment~~ on 4/8/08

United States Marshal

By: _____
USMS Criminal Section

ENTERED ON _____